ACCEPTED
06-15-00129-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 2:31:21 PM
DEBBIE AUTREY
CLERK

CASE NO. 06-15-00129-CR

| | | |
|---|---|---|
| JAMES CUNNINGHAM | § | IN THE COURT OF APPEALS |
| V. | § | SIXTH DISTRICT OF TEXAS |
| THE STATE OF TEXAS | § | AT TEXARKANA |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 2:31:21 PM
DEBBIE AUTREY
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE STATE'S BRIEF

COMES NOW, the State of Texas, by and through its Assistant District Attorney, Susannah E. Prucka, and files this Motion for Extension of Time to File State's Brief. Pursuant to Rule 10.5(b), Texas Rules of Appellant Procedure, the State would show in support of her action that:

1. The case is styled *The State of Texas v. James Cunningham*, cause no. 14-04342-CRF-85, out of the 85th District Court, Brazos County, Texas.

2. Notice of Appeal was filed on or about July 9, 2015

3. The clerk's record was filed on or about August 7, 2015. The reporter's record was filed on or about August 21, 2015.

4. Appellant's most recent brief was filed on May 31, 2016.

5. Pursuant to Texas Rules of Appellate Procedure 38.6(b) and 4.1(a), the State's Brief is currently due on or before June 30, 2016.

6. The length of time requested is until July 21, 2016.

7. This is the State's first request for an extension.

8.    The State requests this 21-day extension due to the undersigned attorney's current workload.

WHEREFORE, the State respectfully requests that this Court grant the foregoing motion.

Respectfully submitted,

/s/ *Susannah E. Prucka*

Susannah E. Prucka
Assistant District Attorney
Brazos County, Texas
300 East 26th Street, Suite 310
Bryan, Texas 77803
(979) 361-4320
State Bar No. 24076105
sprucka@brazoscountytx.gov

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 29th day of June, 2016, a true and correct copy of the above and foregoing State's Motion for Extension of Time to File State's Brief was emailed to Richard E. Wetzel, Attorney for Appellant, at wetzel_law@1411west.com.

/s/ *Susannah E. Prucka*

Susannah E. Prucka
Assistant District Attorney